An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KJH & RDA INVESTOR GROUP, LLC;
37TH FLOOR INVESTOR GROUP, LLC;
MICHAEL ANDERSON AND MATHEW
ANDERSON; PIERRE BAIN; IBRAHIM
BARLAJ AND LAURA BARLAJ; DAN
BIRDSALL; TERENCIA CONEJERO;
DIANE B. FAULCONER; FCF, LLC;
STEPHEN J. GUYON; OGANES JOHN
HAKOPYAN; MARKAR KARATAS AND
NURHAN CELIK; FRANK KEANE AND
CAROL KEANE; DENNIS LEUNG AND
JIYEN SHIN; LETICIA L. MAGRI;
ANAHIT MANDOYAN AND
ALEXANDER MANDOYAN; SUSAN
MIGNOT AND MARK MIGNOT; MARY
MOMDZHYAN; BB VENTURES, LLC;
ED NARVAEZ; DANE R. PHILLIPS;
CRAIG A. PRIMAS; JAMES RICK AND
LAURINDA RICK; DOUGLAS
SCHOEN; PGR ENTERPRISES, LLC;
DIMITRITSA H. TOROMANOVA; 38TH
FLOOR INVESTOR GROUP, LLC;
DAVID L. VADIS; ROSS BERKELEY;
WOLF TRADING COMPANY, LLC;
MICHAEL WILSON; STANLEY
WILSON AND CAMILLA WILSON;
DASHRATH PANCHAL; DINA D.
PANCHAL AND NARMIN HIRJI;
QUEZADAS-HORTA FAMILY TRUST,
ROBERTO QUEZADAS-HORTA,
TRUSTEE; JOSEPH H. SMITH AND
CAROL J. SMITH; MARIA ORELLANA;
MAGHAMI FERIAL TRUST; FERIAL
MAGHAMI, TRUSTEE; LEONARDO
BARRERA AND GLORIA BARRERA;
MOJISOLA ADEKUNBI AND ABIOLA
SANNI; SIGNATURE MGM GRAND,
LLC; DOUGLAS HUIBREGTSE; JAMES

No. 66181

FILED

JAN 2 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

SUPREME COURT
OF
NEVADA

(O) 1947A

15-02365

HOKANSON; ANTE LONCAR; LJUBICA LONCAR AND ELIZABETH G. VIDUCICH; RAUL RIOS AND FERMINA RIOS; VLADIMIR RIVKIN; DANNY MAES AND STEPHANIE CLEVELAND; MARK N. KECHEJIAN AND CHRISTINE KECHEJIAN; MICHAEL HAHALYAK AND LISA KRISAY-HAHALYAK; BENJAMIN RUDNITSKY AND TAMAR A. RUDNITSKY; CLAY FRAZIER AND PAULA FRAZIER; MIRIAM KIM AND MARIE KIM; PASQUALE FEBBRARO AND CATHLEEN M. FEBBRARO; HYO SHIN AND JUNG SHIN; EUN YOUNG LEE; JOHN O. TOROSIAN AND SARKIS TOROSIAN; LUNIQUE LE; RAFFI PIRICHIAN AND ANI PIRICHIAN; JIM C. BURGUM; NANCY MARTINA; HERMAN CELIKIAN; RICHARD FELDMAN; LES KRIEGER AND REBEKAH KRIEGER; CHRISTINA KIM; JUAN MEDINA AND CLARISSA MEDINA; THOMAS CIFELLI AND JOHN CIFELLI; MANSOUR SHAMS AND ZAHRIA SHAMS; LEE FAMILY TRUST; CHRIS LEE AND SUZIE LEE AS CO-TRUSTEES; BRADLEY COSTELLO 1997 TRUST; BRADLEY COSTELLO AS TRUSTEE; BERNARD KLOUDA; RUZAN CHARKCHYAN AND ARUTYUN CHARKCHYAN; MARCO GONZALEZ; MARK BUCHSTABER AND DEBORAH BUCHSTABER; LINH TANG AND HUNG TANG; JERRY BROWN; WILLIAM PEDERSON AND TATYANA PEDERSON; CHARLES GERACI AND DELVIN DIAZ; MYUNG JA CHO; SHERENNE TANG AND JULIETA BALAHADIA; CHENG LIM;

SUPREME COURT OF NEVADA

(O) 1947A

2

DAVID SHIM; HOJOON LEE; MICHAEL LINARES; LAURIE LINARES; GREG YI AND GRACE YI; SOLIP, LLC; UJJAL GHOSHTAGORE; WERDMULLER FAMILY TRUST; WALTER E. WERDMULLER VON ELGG AND JILL C. WERDMULLER VON ELGG, TRUSTEES; SASAN SEIDFATHI AND MEHRNAZ SAGHAFI; LAWRENCE M. DUMOULIN; SEHAK TUNA AND VARTUHI TUNA; LAWRENCE HOBSON AND LINDA M. HOBSON; LEE PRITZL; BELINDA W. LOUIE; AMIN A. RAHIM AND ZAITUN A. RAHIM; PRISCILLA SALEM; IKE SHERMAN AND GILLIANA SHERMAN; REMI OHTA; DUNCAN & GARDELLA ENTERPRISES, LLC; ALEXANDER GONSECKI AND VALENTINA GONSECKI; SHI SI ZHENG; RAFIK BAKIJAN; LV 700, LLC; AND LOUIS CARNESALE AND JOHN CARNESALE,

Appellants,

vs.

TURNBERRY/MGM GRAND TOWERS, LLC, A NEVADA LLC; MGM GRAND CONDOMINIUMS LLC, A NEVADA LLC; THE SIGNATURE CONDOMINIUMS, LLC, A NEVADA LLC; MGM MIRAGE, A DELAWARE CORPORATION; MGM RESORTS INTERNATIONAL, A DELAWARE CORPORATION; TURNBERRY/HARMON AVE., LLC, A NEVADA LLC; MGM GRAND HOTEL, LLC, A NEVADA LLC; SIGNATURE TOWER 1, LLC, A NEVADA LLC; SIGNATURE TOWER 2 LLC, A/K/A TURNBERRY/MGM GRAND TOWER B

SUPREME COURT
OF
NEVADA

(O) 1947A

3

LLC, A NEVADA LLC; SIGNATURE TOWER 3, LLC, A NEVADA LLC; AND TURNBERRY WEST REALTY, INC., A NEVADA CORPORATION,
Respondents.

## ORDER DISMISSING APPEAL

Appellants have filed a motion to dismiss this appeal. The motion is not opposed, but respondents seek fees and costs on appeal pursuant to NRAP 42(b).

Cause appearing, we grant appellants' motion; the appeal is dismissed. We deny respondents' request for fees and costs. The parties shall bear their own fees and costs on appeal. NRAP 42(b).

It is so ORDERED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Mark R. Denton, District Judge
       Wiand Guerra King P.L.
       Blumenthal, Nordrehaug & Bhowmik
       Gerard & Associates
       Morris Law Group
       Snell & Wilmer, LLP/Las Vegas
       Lewis Roca Rothgerber LLP/Las Vegas
       Sidley Austin LLP/Dallas
       Eighth District Court Clerk

---

[1]In light of this order, we deny as moot respondents' request for an extension of time to file the answering brief.